John J. Tollefsen
Tollefsen Law PLC
2122 164th St SW, Suite 300
Lynnwood, WA 98087
Phone: (503) 224-4600
john@tollefsenlaw.com
Attorneys for Plaintiff UnionTown Energy, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNIONTOWN ENERGY, INC., a Canadian Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OTR, INC., an Oregon Corporation, and OTR TRANSFER, INC., an Oregon Corporation,<br><br>Defendants. | Case No. 3:11-CV-946-AC<br><br>**STIPULATED TEMPORARY RESTRAINING ORDER AND SCHEDULING ORDER** |

## I. STIPULATION

John J. Tollefsen, of Tollefsen Law PLC, representing the Plaintiff UnionTown Energy, Inc. ("UnionTown") and Robert Laskowski representing the Defendants OTR Transfer, Inc. and OTR, Inc. (the "OTR Defendants"), stipulate the following:

1. On August 4, 2011, UnionTown filed a complaint against the OTR Defendants seeking declaratory relief in the form of an injunction preventing the OTR Defendants from processing any requests to

Stipulated Temporary Restraining Order and Scheduling Order
(UnionTown Energy, Inc. v. OTR, Inc. and OTR Transfer, Inc.)
(Page 1 of 4)

TOLLEFSEN LAW PLC
2122 164th St SW Suite 300
Lynnwood, WA 98087-7812
Phone: (503) 224-4600

TOLLEFSENLAW

register a transfer of UnionTown stock certificate No. 1651. In addition, UnionTown filed a motion for a temporary restraining order.

The parties further stipulate and agree that:

1. The OTR Defendants are hereby restrained from processing any requests to register or transfer UnionTown stock certificate No. 1651or to issue or reissue any certificate based on any of the shares represented by certificate No. 1651.

2. The OTR Defendants shall notify UnionTown in writing if the OTR Defendants receive a request to register or transfer any stock related to certificate No. 1651 on or after August 4, 2011.

3. The OTR Defendants hereby stipulate that this temporary restraining order ("TRO") was issued within 30-day period set forth in UCC § 8-403(2).

4. This TRO complies with the requirements of Fed.R.Civ.P. 65(d)(1).

5. The Court will set a hearing date and briefing schedule to determine whether or not to issue a preliminary injunction preventing the OTR Defendants from processing any requests to register a transfer of UnionTown stock certificate No. 1651 is appropriate. The parties request that the hearing be set within 30 days of this Order. The OTR Defendants hereby waive the 14-day rule provided by Fed.R.Civ.P. 65(b)(2) for scheduling a preliminary injunction hearing. This order expires on September 6, 2011 unless extended or superseded by court order.

6. The OTR Defendants hereby waive the requirement of posting a bond by UnionTown.

Stipulated Temporary Restraining Order and Scheduling Order
(UnionTown Energy, Inc. v. OTR, Inc. and OTR Transfer, Inc.)
(Page 2 of 4)

TOLLEFSEN LAW PLC
2122 164th St SW Suite 300
Lynnwood, WA 98087-7812
Phone: (503) 224-4600
TOLLEFSENLAW

## II. ORDER

Based upon the agreement and stipulation of the parties, it is hereby ORDERED that a temporary restraining order issue upon the following terms:

1. A hearing shall be set for _Tuesday, September 6, 2011_ at _10 am_ to determine whether or not a preliminary injunction shall be issued preventing the OTR Defendants from processing any requests to register a transfer of UnionTown stock certificate No. 1651.

2. A briefing schedule for the preliminary injunction hearing shall be set in accordance with the Federal Rules of Civil Procedure and the Local Rules.

3. Pending the preliminary injunction hearing, the OTR Defendants shall not register any transfer request related to UnionTown stock certificate No. 1651 presented by or on behalf of Brandon Truaxe or by or on behalf of any other individual or entity.

4. The OTR Defendants shall notify UnionTown in writing if the OTR Defendants receive a request to register a transfer of UnionTown certificate No. 1651 on or after August 4, 2011.

5. The bond requirement is hereby waived.

DATED this ____ of August, 2011

_____
U.S. District Court Judge

//
//
//
//

Stipulated Temporary Restraining Order and Scheduling Order
(UnionTown Energy, Inc. v. OTR, Inc. and OTR Transfer, Inc.)
(Page 3 of 4)

TOLLEFSEN LAW PLC
2122 164th St SW Suite 300
Lynnwood, WA 98087-7812
Phone: (503) 224-4600



It is so stipulated and presented by:

Counsel for Plaintiff

TOLLEFSEN LAW PLC

*/s/ John Tollefsen*

John J. Tollefsen, OSB #74325

Counsel for Defendants

*/s/ Robert Laskowski*

Robert C. Laskowski, OSB #711021

Stipulated Temporary Restraining Order and Scheduling Order
(UnionTown Energy, Inc. v. OTR, Inc. and OTR Transfer, Inc.)
(Page 4 of 4)

TOLLEFSEN LAW PLC
2122 164th St SW Suite 300
Lynnwood, WA 98087-7812
Phone: (503) 224-4600
**TOLLEFSENLAW**